UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICOF II TRUST; VIDA LONGEVITY FUND, LP; PF PARTICIPATION FUNDING TRUST; LIFE ASSETS TRUST II S.A. DELAWARE TRUST; VIDAQUANT SUB-FUND DELAWARE TRUST; VIDA INSURANCE FUND II SERIES INTERESTS OF THE MULTI-SERIES FUND, LP; DLP MASTER TRUST; DLP MASTER TRUST II, GWG DLP MASTER TRUST; LIFE FUNDING TRUST; PALM BEACH SETTLEMENT COMPANY; EFG BANK AG, CAYMAN BRANCH; WELLS FARGO BANK, NA, AS SECURITIES INTERMEDIARY FOR VICOF II TRUST, VIDA LONGEVITY FUND, LP, PF PARTICIPATION FUNDING TRUST, LIFE ASSETS TRUST II S.A. DELAWARE TRUST, VIDA INSURANCE FUND II SERIES INTERESTS OF THE SALI-MULTI-SERIES FUND, LP, VIDAQUANT SUB-FUND DELAWARE TRUST, VIDA INSURA, EFG BANK AG, CAYMAN BRANCH,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK and JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br><br>Defendants. | Index Nos.<br>19-cv-11093 (AKH) |
| LSH Co. and WELLS FARGO BANK N.A., *as securities intermediary for LSH CO*,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK and JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A),<br><br>Defendants. | 19-cv-1009 (AKH) |

| | |
|---|---|
| YURIY DAVYDOV et al., <br><br>        Plaintiff, <br><br>   v. <br><br> JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK and JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A), <br><br>        Defendants. | 18-cv-9825 (AKH) |
| WELLS FARGO BANK N.A., *as securities intermediary* <br><br>        Plaintiff, <br><br>   v. <br><br> JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A), <br><br>        Defendant. | 20-cv-5032 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The status conference scheduled for January 27, 2022, at 2:30 p.m., will now be held January 27, 2022, at 11:00 a.m., via the following call-in number:

    **Call-in number: 888-363-4749**

    **Access code: 7518680**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in 5 minutes prior to the start of the conference.

- 3 -

Finally, no later than January 25, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated:  January, 24, 2022                    /s/ Alvin K. Hellerstein
        New York, NY                         ALVIN K. HELLERSTEIN
                                           United States District Court Judge