UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICOF II TRUST; VIDA LONGEVITY FUND, LP; PF PARTICIPATION FUNDING TRUST; LIFE ASSETS TRUST II S.A. DELAWARE TRUST; VIDAQUANT SUB-FUND DELAWARE TRUST; VIDA INSURANCE FUND II SERIES INTERESTS OF THE MULTI-SERIES FUND, LP; DLP MASTER TRUST; DLP MASTER TRUST II, GWG DLP MASTER TRUST; LIFE FUNDING TRUST; PALM BEACH SETTLEMENT COMPANY; EFG BANK AG, CAYMAN BRANCH; WELLS FARGO BANK, NA, AS SECURITIES INTERMEDIARY FOR VICOF II TRUST, VIDA LONGEVITY FUND, LP, PF PARTICIPATION FUNDING TRUST, LIFE ASSETS TRUST II S.A. DELAWARE TRUST, VIDA INSURANCE FUND II SERIES INTERESTS OF THE SALI-MULTI-SERIES FUND, LP, VIDAQUANT SUB-FUND DELAWARE TRUST, VIDA INSURA, EFG BANK AG, CAYMAN BRANCH,<br><br>       Plaintiffs,<br><br> v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK and JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br><br>       Defendants. | Index Nos.<br>19-cv-11093 (AKH) |
| LSH Co. and WELLS FARGO BANK N.A., *as securities intermediary for LSH CO*,<br><br>       Plaintiffs,<br><br> v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK and JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A),<br><br>       Defendants. | 19-cv-1009 (AKH) |

| | |
|---|---|
| YURIY DAVYDOV et al., <br><br>                 Plaintiff, <br><br>   v. <br><br> JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK and JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A), <br><br>                 Defendants. | 18-cv-9825 (AKH) |
| WELLS FARGO BANK N.A., *as securities intermediary* <br><br>                 Plaintiff, <br><br>   v. <br><br> JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A), <br><br>                 Defendant. | 20-cv-5032 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

      A status conference was held. Organization of the trial to avoid duplication and to allow unique issues to be presented were discussed. Plaintiffs having unique issues or evidence shall disclose them by February 3, 2022.

      Defendants shall file their motion for judgment on the pleadings under Fed. R. Civ. P. 12(c), challenging the Vida Plaintiffs' standing to sue for damages on sold policies because of a prior assignment, by February 4, 2022; the opposition shall be filed by February 16, 2022; and, the reply shall be filed by February 21, 2022.

      SO ORDERED.

Dated:     January 27, 2022                             /s/ Alvin K. Hellerstein
           New York, NY                        ALVIN K. HELLERSTEIN
                                                         United States District Court Judge