# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

VICOF II TRUST; VIDA LONGEVITY
FUND, LP; WELLS FARGO BANK,
NATIONAL ASSOCIATION, as securities
intermediary for VICOF II TRUST and VIDA
LONGEVITY FUND, LP; and
PF PARTICIPATION FUNDING TRUST,

                Plaintiffs,

    -against-

JOHN HANCOCK LIFE INSURANCE
COMPANY OF NEW YORK,

                Defendant.

Index No. 1:19-cv-11093-AKH

---

EFG BANK AG, CAYMAN BRANCH; and
WELLS FARGO BANK, NATIONAL
ASSOCIATION, as securities intermediary for
EFG BANK AG, CAYMAN BRANCH,,

                Plaintiffs,

    -against-

JOHN HANCOCK LIFE INSURANCE
COMPANY (U.S.A.),

                Defendant.

---

VICOF II TRUST; VIDA LONGEVITY
FUND, LP; LIFE ASSETS TRUST II S.A.
DELAWARE TRUST; VIDAQUANT
SUBFUND DELAWARE TRUST; VIDA
INSURANCE FUND II SERIES INTERESTS
OF THE SALI MULTI-SERIES FUND, LP;
WELLS FARGO BANK, NATIONAL
ASSOCIATION, as securities intermediary for
VICOF II TRUST, VIDA LONGEVITY
FUND, LP, LIFE ASSETS TRUST II S.A.
DELAWARE TRUST, VIDAQUANT
SUBFUND DELAWARE TRUST, and VIDA
INSURANCE FUND II SERIES INTERESTS

OF THE SALI MULTI-SERIES FUND, LP;
DLP MASTER TRUST; DLP MASTER
TRUST II; GWG DLP MASTER TRUST;
LIFE FUNDING TRUST;
PF PARTICIPATION FUNDING TRUST;
and PALM BEACH SETTLEMENT
COMPANY

                    Plaintiffs,

      -against-

JOHN HANCOCK LIFE INSURANCE
COMPANY (U.S.A.),

                    Defendant.

---

LSH CO, and WELLS FARGO BANK,
NATIONAL ASSOCIATION, as
securities intermediary for LSH CO,

                    Plaintiffs,

      -against-

JOHN HANCOCK LIFE INSURANCE
COMPANY OF NEW YORK and
JOHN HANCOCK LIFE INSURANCE
COMPANY (U.S.A.)

                    Defendants.

Index No. 1:19-cv-01009-AKH

---

WELLS FARGO BANK, NATIONAL
ASSOCIATION, as securities intermediary,

                    Plaintiff,

      -against-

JOHN HANCOCK LIFE INSURANCE
COMPANY (U.S.A.,),

                    Defendant.

Index No. 1:20-cv-05032-AKH

YURIY DAVYDOV, on behalf of himself
and others similarly situated,

             Plaintiffs,

   -against-

JOHN HANCOCK LIFE INSURANCE
COMPANY OF NEW YORK and
JOHN HANCOCK LIFE INSURANCE
COMPANY (U.S.A.)

             Defendants.

Index No. 1:18-cv-09825-AKH

### [PROPOSED] ORDER GRANTING THE VICOF II TRUST ET AL. PLAINTIFFS LEAVE TO FILE THEIR SECOND AMENDED AND CONSOLIDATED COMPLAINT, AND SCHEDULING ORDER

WHEREAS, the Plaintiffs in the *VICOF II Trust et al.* matter (No. 19-cv-11093) have requested leave to file their Second Amended and Consolidated Complaint;

WHEREAS, John Hancock does not oppose this request subject to receiving a two-week extension of its deadline to submit its expert reports;

WHEREAS, the parties to all the above-captioned matters have jointly requested a two-week extension of the deadline for John Hancock to submit its expert reports on all issues, from May 5, 2022 to May 19, 2022;

WHEREAS, having considered the parties' requests and good cause appearing, the Court hereby orders as follows:

1. The Plaintiffs in the *VICOF II Trust et al.* matter (No. 19-cv-11093) may file their Second Amended and Consolidated Complaint, which shall be the operative complaint in the *VICOF II Trust et al.* matter.

2. The Court hereby extends the deadline for John Hancock to submit its expert

reports on all issues from May 5, 2022 to May 19, 2022, resulting in the following

schedule:

|  | Pretrial Activities | Current Deadline | New Deadline |
|---|---|---|---|
| 1. | Defendants' expert reports (all issues) | May 5, 2022 | May 19, 2022 |
| 2. | Expert discovery deadline | July 14, 2022 | July 14, 2022 |
| 3. | Further case management conference | July 14, 2022 at 2:30 pm | July 14, 2022 at 2:30 pm |
| 4. | Final pretrial conference | February 23, 2023 | February 23, 2023 |
| 5. | First day of trial | March 6, 2023 | March 6, 2023 |

**IT IS SO ORDERED.**

Dated: _____April 29_____, 2022
      New York, NY

          /s/ Alvin K. Hellerstein
          _____
          Hon. Alvin K. Hellerstein
          U.S. District Judge