UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
YURIY DAVIDOV, :
on behalf of himself and others similarly situated, : **ORDER REGULATING**
: **PROCEEDINGS**
Plaintiff, :
-against- : 18 Civ. 9825 (AKH)
:
JOHN HANCOCK LIFE INSURANCE :
COMPANY OF NEW YORK, and JOHN :
HANCOCK LIFE INSURANCE COMPANY :
(USA), :
:
Defendants. :
:
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    A status conference was held on July 21, 2022. Plaintiff did not appear.

    Plaintiff is advised that failure to appear and participate in future proceedings will be cause for dismissal for failure to prosecute.

    SO ORDERED.

Dated:    July 21, 2022
            New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge