UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICOF II TRUST; VIDA LONGEVITY FUND, LP; WELLS FARO BANK, NATIONAL ASSOCIATION, as securities intermediary for VICOF II TRUST and VIDA LONGEVITY FUND, LP; and PF PARTICIPATION FUNDING TRUST,<br><br>       Plaintiffs,<br><br>  vs.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK,<br><br>       Defendant. | No.: 19-cv-11093-AKH |
| VICOF II TRUST; VIDA LONGEVITY FUND, LP; LIFE ASSETS TRUST II S.A. DELAWARE TRUST; VIDAQUANT SUBFUND DELAWARE TRUST; VIDA INSURANCE FUND II SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, LP; WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for VICOF II TRUST, VIDA LONGEVITY FUND, LP, LIFE ASSETS TRUST II S.A. DELAWARE TRUST, VIDAQUANT SUBFUND DELAWARE TRUST, and VIDA INSURANCE FUND II SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, LP; DLP MASTER TRUST; DLP MASTER TRUST II; GWG DLP MASTER TRUST LIFE FUNDING TRUST; PF PARTICIPATION FUNDING TRUST; and PALM BEACH SETTLEMENT COMPANY,<br><br>       Plaintiffs,<br><br>  vs.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK,<br><br>       Defendant. | |

1

| | |
|---|---|
| EFG BANK AG, CAYMAN BRANCH; and WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for EFG BANK AG, CAYMAN BRANCH,<br><br>    Plaintiffs,<br><br> vs.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK,<br><br>    Defendant<br><br>YURIY DAVYDOV, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK and JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br>    Defendants. | No.: 18-cv-09825-AKH |

**ORDER GRANTING PLAINTIFF'S
MOTION TO SEAL PORTIONS OF HIS OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Court-approved Stipulated Confidentiality Agreement Protective Orders in the above-captioned cases (No.: 19-cv-11093 (AKH), ECF No. 34; No.: 18-cv-09825-AKH, ECF No. 33), and Rule 4(B) of the Individual Rules the Honorable Alvin K. Hellerstein, Plaintiff Yuriy Davydov ("Davydov") moves to:

1. Temporarily maintain in redacted form materials identified in Exhibit A hereto until

   21 days after Defendants' Reply Brief on the Motion for Summary Judgment is filed,

2

unless John Hancock and Plaintiffs in *VICOF II Trust, et al. v. John Hancock Life Ins. Co. of New York*, No. 1:19-cv-11093 move to maintain such documents under seal before said date.

For the reasons set forth in the Declaration of Stephen J. Fearon, Jr., Davydov's motion is granted.

It is **SO ORDERED** this  20   day of      October           , 2022

                                                        /s/ Alvin K. Hellerstein
                                                        Hon. Alvin K. Hellerstein
                                                        United States District Judge

**EXHIBIT A**

| Description | Proposed Redactions |
|---|---|
| Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment | Pages 4-6, Excerpts of Expert Report of Larry Stern designated Confidential by *VICOF II* Plaintiffs and redacted pending *VICOF II* Plaintiffs' submission.<br><br>Pages 11-14, Excerpts of Expert Report of Larry Stern designated Confidential by *VICOF II* Plaintiffs and redacted pending *VICOF II* Plaintiffs' submission<br><br>Page 17, Excerpts of Expert Report of Larry Stern designated Confidential by *VICOF II* Plaintiffs and redacted pending *VICOF II* Plaintiffs' submission |
| Plaintiff's Response to John Hancock's Rule 56.1 Statement. | Pages 3-8, Designated Confidential by *VICOF II* Plaintiffs and redacted pending *VICOF II* Plaintiffs' submission.<br><br>Page 11, Designated Confidential by *VICOF II* Plaintiffs and redacted pending *VICOF II* Plaintiffs' submission.<br><br>Pages 16-17, Designated Confidential by *VICOF II* Plaintiffs and redacted pending *VICOF II* Plaintiffs' submission.<br><br>Page 19, Designated Confidential by *VICOF II* Plaintiffs and redacted pending *VICOF II* Plaintiffs' submission.<br><br>Page 21, Designated Confidential by John Hancock and redacted pending the Court's determination of John Hancock's motion to seal.<br><br>Page 26, Designated Confidential by *VICOF II* Plaintiffs and redacted pending *VICOF II* Plaintiffs' submission.<br><br>Pages 28-31, Designated Confidential by |

|  | *VICOF II* Plaintiffs and redacted pending *VICOF II* Plaintiffs' submission.<br><br>Page 33-36, Designated Confidential by *VICOF II* Plaintiffs and redacted pending *VICOF II* Plaintiffs' submission |
| --- | --- |
| Plaintiff's Rule 56.1 Statement of Additional Material Facts | Pages 4-11, Excerpts of Expert Report of Larry Stern designated Confidential by *VICOF II* Plaintiffs and redacted pending *VICOF II* Plaintiffs' submission. |