# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICOF II TRUST; VIDA LONGEVITY FUND, LP; WELLS FARO BANK, NATIONAL ASSOCIATION, as securities intermediary for VICOF II TRUST and VIDA LONGEVITY FUND, LP; and PF PARTICIPATION FUNDING TRUST,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK,<br>　　　　　　　　　　Defendant. | Index No. 19-cv-11093-AKH |
| VICOF II TRUST; VIDA LONGEVITY FUND, LP; LIFE ASSETS TRUST II S.A. DELAWARE TRUST; VIDAQUANT SUBFUND DELAWARE TRUST; VIDA INSURANCE FUND II SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, LP; WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for VICOF II TRUST, VIDA LONGEVITY FUND, LP, LIFE ASSETS TRUST II S.A. DELAWARE TRUST, VIDAQUANT SUBFUND DELAWARE TRUST, and VIDA INSURANCE FUND II SERIES INTERESTS OF THE SALI MULTI-SERIES FUND, LP; DLP MASTER TRUST; DLP MASTER TRUST II; GWG DLP MASTER TRUST LIFE FUNDING TRUST; PF PARTICIPATION FUNDING TRUST; and PALM BEACH SETTLEMENT COMPANY,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br>JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br><br>　　　　　　　　　　Defendant. | |

| | |
|---|---|
| EFG BANK AG, CAYMAN BRANCH; and WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary for EFG BANK AG, CAYMAN BRANCH,<br><br>                                        Plaintiffs,<br>    v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.),<br>                                        Defendant. | |
| YURIY DAVYDOV, on behalf of himself and others similarly situated,<br><br>                                        Plaintiff,<br>    v.<br><br>JOHN HANCOCK LIFE INSURANCE COMPANY OF NEW YORK and JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)<br>                                        Defendant. | Index No. 18-cv-09825-AKH |

## ORDER REGARDING DEFENDANTS' MOTION FOR CONTINUED SEALING

Pursuant to the May 28, 2020 Court-approved Stipulated Confidentiality Agreement and Protective Order, ECF No. 34 (the "Protective Order"), and Rule 4(B) of the Individual Rules of the Honorable Alvin K. Hellerstein, Defendants John Hancock Life Insurance Company of New York and John Hancock Life Insurance Company (U.S.A.) ("John Hancock") move to maintain under seal or in redacted form materials identified in Exhibits 1 and 2 hereto and attached to the Declaration of John F. LaSalle.

For the reasons set forth in John Hancock's Memorandum of Law and Zahir Bhanji's Declaration, John Hancock's motion is **GRANTED.**

IT IS SO ORDERED.

November 14, 2022

/s/ Alvin K. Hellerstein
_____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

**Exhibit 1**

| LaSalle Summary Judgment Decl. Exhibit | Description | Ordered Redactions |
|---|---|---|
| Ex. K | Expert Report of Timothy Pfeifer | In addition to the redactions that the Court approved on Exhibit A to the Court's September 14, 2022 Sealing Order (Dkt. No. 195), The Court approves the following additional redactions:<br><br>Page 156 (paragraph 282): Quote from Stern Report (paragraph 98) containing proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability.<br><br>Page 158 (footnote 419): Quote from Stern Report (paragraph 101) containing proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| Ex. N | Expert Report of Larry Stern | Pages 10-11 (paragraphs 38 and 39): Proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability.<br><br>Page 26 (the final sentence of paragraph 86 and the entirety of paragraphs 87 and 88): Proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability.<br><br>Pages 27-32 (paragraphs 90-98, Figure 1 on page 28, paragraphs 100-102 (other than the first sentence of paragraph 101), and Figure 2 on page 32): Proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability.<br><br>Page 33 (footnote 172): Proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |

| | | |
|---|---|---|
| | | Pages 38-40 (paragraphs 116-117 and Figures 5 and 6 on page 39): Confidential information reflecting agreements concerning reinsurance.<br><br>Pages 40-42 (the final clause of section heading G on page 40 and paragraphs 120-123 (other than the first sentence of paragraph 120)): Proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability.<br><br>Pages 43-45 (the final sentence of paragraphs 127 and 128 and paragraphs 130-131 (other than the first sentence of paragraph 130)): Proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability.<br><br>Pages 46-49 (paragraphs 135-142, figure 7 and footnote 258 on page 47, and figure 8 and footnote 266 on page 48): Proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability.<br><br>Page 50 (footnotes 282 and 284 on page 50): Excerpt and paraphrase of confidential deposition testimony concerning John Hancock's proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability.<br><br>Pages 51-53 (paragraphs 145-147 and figures 9 and 10 on page 52): Proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability.<br><br>Page 54 (the first sentence of paragraph 151): Proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability.<br><br>Page 56 (the second and third sentences of paragraph 155): Proprietary and confidential pricing parameters and confidential communication from a state regulatory agency. |

| | | |
|---|---|---|
| | | Pages 70-72 (paragraph 197, figure 16 on page 70, the last three sentences of paragraph 198, figure 17 on page 71, and the second-to-last sentence of paragraph 199): Proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability.<br><br>Pages 75-80 (the first three sentences and the last sentence of paragraph 212, paragraphs 213-214, figure 19 on page 77, figure 20 on page 78, the second sentence of paragraph 215, and paragraphs 216-218 (other than the first two sentences of paragraph 216 and the first sentence of paragraph 218)): Proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability.<br><br>Pages 82-84 (the final three sentences of paragraph 224, footnote 429, and the second clause of footnote 435): Proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability.<br><br>Page 86 (paragraph 234): Proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability.<br><br>Page 89 (the final two sentences of footnote 474): Proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability.<br><br>Page 97 (the second sentence of paragraph 267): Proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |

**Exhibit 2**

| Description | Ordered Redactions |
| --- | --- |
| Plaintiff Yuriy Davydov's Statement of Additional Material Facts Pursuant to Local Rule 56.1 (*Davydov* ECF 82) | Page 5 (paragraph 15): Proprietary and confidential projections and analysis of product performance and profitability.<br><br>Page 8 (first sentence of paragraph 30): Proprietary and confidential projections and analysis of product performance and profitability.<br><br>Page 9 (second two sentences of paragraph 32): Proprietary and confidential pricing parameters, projections, and analysis of product performance and profitability. |
| Plaintiff Yuriy Davydov's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment (*Davydov* ECF 83) | Page 4 (second and third sentences of the first paragraph of Section II): Proprietary and confidential projections and analysis of product performance and profitability.<br><br>Page 17 (end of carry-over sentence from page 16): Proprietary and confidential projections and analysis of product performance and profitability. |